AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEROME COAST, JR.,

                                                    JUDGMENT IN A CIVIL CASE

          V.                         CASE NUMBER: 4:23-cv-315

WARDEN BENJAMIN FORD, and
WARDEN JOSEPH WILLIAMS.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 18, 2024, adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion, the Court dismisses the Petitioner's Petition for Writ of Habeas Corpus. Further, the Court denies in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| January 19, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020